JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL GIRON, an individual; BERNARDO GIRON, an individual; and I. G., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, an Out of State Corporation; and DOES 1 to 10,<br><br>Defendants. | Case No. 5:23-cv-00368-SSS (SHKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Sunshine Suzanne Sykes |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: August 16, 2023

_____
Hon. Sunshine Suzanne Sykes
United States District Court Judge