UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-00368-SSS-SHKx | Date | August 24, 2023 |
|---|---|---|---|
| Title | Isabel Giron, et al. v. Life Insurance Company Of The Southwest, et al. | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PROOF OF DEPOSIT OF SETTLEMENT FUNDS**

On August 7, 2023, the Court issued an Order granting the parties' "Stipulation Requesting An Extension Of Time To File The Dismissal Documents And Evidence That Funds Have Been Placed In A Blocked Account". [Dkt. 25]. Pursuant to the Court's Order, proof of deposit of the settlement funds was to filed with the Court no later than August 18, 2023. In addition, the parties were to submit a request for dismissal of this action by the same date.

On August 14, 2023, the parties filed their "Stipulation to Dismiss Entire Action With Prejudice." [Dkt. 27]. On August 16, 2023, the Court granted the stipulation and the action was dismissed. [Dkt. 28].

On August 17, 2023, the Court received an "Order Approving Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person With a Disability," filed as a "Supplement to Petition to Approve Consent Judgment Minors Compromise." ("Supplement") [Dkt. 29]. As stated in the Notice to Filer of Deficiencies, there is already an Order granting the Petition for

Approval of Minor's Compromise on the docket.  [Dkt. 30].  It is unclear to the Court what counsel is seeking to accomplish when counsel filed the Supplement; however, upon the Court's review of this document, it is clear the information provided failed to provide proof of deposit of the settlement funds, which appears to be the only outstanding issue before the Court.

In view of the above, the Court hereby **STRIKES** the Supplement.  [Dkt. 29].

As a result of counsel's failure to file the proof of deposit by the August 18 deadline and no further extension of time having been requested, the Court **ORDERS** counsel for Plaintiff Gregory David Angus to show cause why he should not be sanctioned in the amount of $500 for his failure to comply with the Court's Order.  [Dkt. 26].

Counsel is required to respond in writing on or before **September 7, 2023**, by 12:00 noon.  Counsel's failure to file proof of deposit or a satisfactory response may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**